PeaesoN, J.
 

 The object of the statute was to favor
 
 feme coverts
 
 who resided out of the State, or were unable, from age or infirmity, t.o come to court, by conferring upon the court, or judge, the power to direct the clerk to issue a commission to take the acknowledgment and private examination of such
 
 feme coverts
 
 at home : thereby relieving them from the inconvenience of coming to court: and for the pni’pose of aiding the clerks in the discharge of this duty, the statute gives the form of the commission which they ought to issue. It is evi
 
 *155
 
 dent that the commissioners derive their authority from the act of the court or judge, and not from the commission, which is only evidence of the fact of their appointment. In this case, the clerk, instead of pursuing the form which the statute sets forth for his guidance and direction, endorsed upon the deed the order of the court, by which the persons named were appointed commissioners. In pursuance of this order, they take the private examination, which is certified to by them upon the back of the deed and duly returned; whereupon the deed, the order of court, and the certificate, that they, as commissioners, had taken the private examination of
 
 the feme covert,
 
 were all duly registered. The question is, does this substantial compliance with the requirements of the statute, pass the title of the
 
 feme
 
 covert, or is her deed inoperative and void, because the clerk did not follow the form which the statute sets forth as a direction for him in the discharge of his duty ?
 

 A mere statement of the question is sufficient without the need of argument, unless we act upon the assumption that the object'of the law is to enable women, after the death of their husbands, to defeat the title of purchasers who have honestly bought and paid for the land. Must a purchaser lose his land because the sheriff did not do his duty in making advertisement, as he is required by law to do ; or because a clerk did not do his duty in issuing a commission in the very form which the statute lays down for his direction ? These are ministerial acts ; the statute is directory, and if the thing required to be done, has been done in
 
 substance,
 
 the deed is valid, although the clerk did not attend to the direction given to him as to the form of the commission.
 

 Peb CurtaM. Judgment affirmed.